IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVE KNECHT HOMES, LLC and ) <br> BANKERS STANDARD INSURANCE ) <br> COMPANY a/s/o VANN A. AVEDISIAN, ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-03177 <br><br> The Honorable Sharon Johnson Coleman |

**NAUTILUS INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DAVE KNECHT HOMES, LLC AND BANKERS STANDARD INSURANCE COMPANY A/S/O VANN A. AVEDISIAN**

Now comes Plaintiff, Nautilus Insurance Company ("Nautilus"), by and through its attorneys, Dana A. Rice and Adam P. Joffe of Traub Lieberman Straus & Shrewsberry LLP, and pursuant to Fed. R. Civ. P. 55(a) hereby requests that this Honorable Court enter an Order of Default against Defendants Dave Knecht Homes, LLC ("DKH") and Bankers Standard Insurance Company a/s/o Vann A. Avedisian ("Bankers"). In support of its Motion, Nautilus states as follows:

1. Nautilus initiated this declaratory judgment action to seek a judicial determination that it has and had no duty to defend or indemnify DKH in an underlying lawsuit filed by Bankers under a policy of insurance issued by Nautilus to DKH. (Doc. 1.)

2. DKH was served with Summons and Complaint in this matter on June 24, 2020 (Doc. 6.)

3. DKH's appearance and responsive pleading to Nautilus' Complaint for Declaratory Judgment were due on July 15, 2020. (Doc. 6.)

1

4. Bankers was served with Summons and Complaint in this matter on July 30, 2020. (Doc. 8.)

5. Bankers' appearance and responsive pleading to Nautilus' Complaint for Declaratory Judgment was due on August 20, 2020. (Doc. 8.)

6. The time for DKH and Bankers to file an appearance and answer or other responsive pleading has now passed, and, both DKH and Bankers have failed to file an answer or other responsive pleading.

7. Therefore, pursuant to Fed. R. Civ. P. 55(a), Nautilus respectfully requests that this Honorable Court enter Orders of Default against both DKH and Bankers.

**TRAUB, LIEBERMAN, STRAUS & SHREWSBERRY LLP**

By: _____/s/ *Adam P. Joffe*_____

Dana A. Rice
Adam P. Joffe
303 W. Madison Street
Suite 1200
Chicago, IL 60606
P: 332-3900
F: 312-332-3908
drice@tlsslaw.com
ajoffe@tlsslaw.com

**ATTORNEYS FOR
NAUTILUS INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2020, I electronically filed the foregoing **Motion for Entry of Default against Defendants Dave Knecht Homes, LLC and Bankers Standard Insurance Company a/s/o Vann A. Avedisian** with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Adam P. Joffe*
Dana A. Rice
Adam P. Joffe
303 W. Madison Street
Suite 1200
Chicago, IL 60606
P: 332-3900
F: 312-332-3908
drice@tlsslaw.com
ajoffe@tlsslaw.com

ATTORNEYS FOR NAUTILUS
INSURANCE COMPANY