IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVE KNECHT HOMES, LLC and ) <br> BANKERS STANDARD INSURANCE ) <br> COMPANY a/s/o VANN A. AVEDISIAN, ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-03177 <br><br> The Honorable Sharon Johnson Coleman |

**PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION TO VACATE DEFAULT ORDER AGAINST BANKERS STANDARD INSURANCE COMPANY A/S/O VANN A. AVEDISIAN AND TO DISMISS BANKERS STANDARD INSURANCE COMPANY WITH PREJUDICE**

NOW COMES Plaintiff, Nautilus Insurance Company ("Nautilus"), by and through its attorneys, Dana A. Rice and Adam P. Joffe of Traub Lieberman Straus & Shrewsberry, LLP, and for its Motion to Vacate Default Order Against Bankers Standard Insurance Company a/s/o Vann A. Avedisian ("Bankers") and to Dismiss Bankers With Prejudice, it states as follows:

1. On August 28, 2020, Nautilus filed a Motion for Entry of Default against Bankers and Dave Knecht Homes, LLC ("DKH"). (Doc. 9.)

2. On September 2, 2020, following a hearing, this Court granted Nautilus' motion and entered a Default Order against both Bankers and DKH. (Doc. 12.)

3. This matter is set for a prove-up hearing on September 25, 2020. (Doc. 12.)

4. Nautilus has communicated with counsel for Bankers and has determined that Bankers is no longer a necessary party in this coverage action. More specifically, Bankers' counsel informed Nautilus that the underlying lawsuit was settled, that Bankers dismissed the underlying

lawsuit with prejudice on September 15, 2020, and that Bankers is no longer seeking any further relief from Nautilus or its insured, DKH..

5. Rather than requiring Bankers to incur the expense of appearing in this matter to vacate the Default Order against it, Nautilus has now agreed to move to vacate the Default Order against Bankers and to voluntarily dismiss Bankers with prejudice.

6. **Nautilus still seeks to keep the Default Order against DKH in place and to proceed with the prove-up hearing against DKH on September 25, 2020, as the settlement of the underlying lawsuit did not resolve the claims between DKH and Nautilus.**

WHEREFORE, Nautilus respectfully requests that this Honorable Court enter an Order: (1) vacating the Default Order against Bankers; (2) voluntarily dismissing Bankers from this lawsuit with prejudice; and (3) maintaining the previously-set September 25, 2020 prove-up hearing solely with respect to DKH.

    Respectfully submitted,

    TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

    By: /s/ Dana A. Rice
        Dana A. Rice
        Adam P. Joffe
        Traub Lieberman Straus & Shrewsberry LLP
        303 West Madison Street, Suite 1200
        Chicago, IL 60606
        Telephone: (312) 332-3900
        Facsimile: (312) 332-3908
        drice@tlsslaw.com
        ajoffe@tlsslaw.com

    ATTORNEYS FOR NAUTILUS INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2020, I electronically filed the forgoing **PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION TO VACATE DEFAULT ORDER AGAINST BANKERS STANDARD INSURANCE COMPANY A/S/O VANN A. AVEDISIAN AND TO DISMISS BANKERS STANDARD INSURANCE COMPANY WITH PREJUDICE** with the clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                            /s/ Dana A. Rice
                                            Dana A. Rice