IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-03177 ) |
| DAVE KNECHT HOMES, LLC and BANKERS STANDARD INSURANCE COMPANY a/s/o VANN A. AVEDISIAN, | ) The Honorable Sharon Johnson Coleman ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DAVE KNECHT HOMES, LLC**

NOW COMES Plaintiff, Nautilus Insurance Company ("Nautilus"), by and through its attorneys, Dana A. Rice and Adam P. Joffe of Traub Lieberman Straus & Shrewsberry, LLP, and for its Motion for Entry of Default Judgment Against Dave Knecht Homes, LLC ("DKH") pursuant to Federal Rule of Civil Procedure 55(b)(2), it states as follows:

1. On May 29, 2020, Nautilus initiated this action by filing a Complaint for Declaratory Judgment ("Complaint"). (Doc. 1.)

2. The Complaint seeks a declaration that Nautilus owed and owes no duty to defend and/or indemnify DKH in connection with an underlying lawsuit entitled *Bankers Standard Insurance Company a/s/o Vann A. Avedisian v. Highlander Construction, Inc., Bryan D. Ogdon Ltd., Arc Insulation, Inc., Northridge Builders, Inc., and Dave Knecht Homes, LLC,* which was filed in the Circuit Court of Cook County, Illinois, under Case Number 2018 L 10952 ("*Avedisian* Lawsuit"). (Doc. 1.) The *Avedisian* Lawsuit was subsequently dismissed on September 15, 2020 pursuant to a settlement reached therein.

3.     After DKH was properly served in this action and failed to appear, answer, or otherwise plead, this Court entered an Order of Default against DKH on September 2, 2020. (Doc. 12.)

4.     Now, pursuant to Federal Rule of Civil Procedure 55(b)(2), Nautilus moves for entry of default judgment against DKH, including a specific declaration that Nautilus has and had no duty under to defend DKH in the *Avedisian* Lawsuit, or to indemnify DKH for any judgment or settlement entered therein.

5.     Nautilus seeks no monetary relief and seeks only a declaratory judgment.

6.     In further support of this Motion for Entry of Default Judgment against DKH, Nautilus incorporates its Memorandum of Law in Support of Its Motion for Default Judgment, which was filed contemporaneously herewith.

WHEREFORE, Plaintiff, Nautilus Insurance Company, respectfully requests that this Honorable Court enter Default Judgment in its favor and against DKH, with a specific declaration that Nautilus has and had no duty under the Policy to defend DKH in the *Avedisian* Lawsuit, or to indemnify DKH for any judgment or settlement entered therein.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: /s/ Dana A. Rice
   Dana A. Rice
   Adam P. Joffe
   Traub Lieberman Straus & Shrewsberry LLP
   303 West Madison Street, Suite 1200
   Chicago, IL 60606
   Telephone: (312) 332-3900
   Facsimile: (312) 332-3908
   drice@tlsslaw.com
   ajoffe@tlsslaw.com

                                                                                                   ATTORNEYS FOR NAUTILUS INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2020, I electronically filed the forgoing **PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DAVE KNECHT HOMES, LLC** with the clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                                      /s/ Dana A. Rice
                                                                      Dana A. Rice