# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nautilus Insurance Company

                           Plaintiff,

v.                                              Case No.: 1:20−cv−03177

                                                  Honorable Sharon Johnson Coleman

Dave Knecht Homes, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2020:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Telephonic prove up hearing held on 9/28/2020. Plaintiff's motion to vacate default order against Bankers Standard Insurance Company and to dismiss Bankers Standard Insurance Company with prejudice [13] is granted. The Court vacates the default order against defendant Bankers Standard Insurance Company and dismisses them with prejudice. Plaintiff's motion for entry of default judgment against defendant Dave Knecht Homes, LLC [15] is granted. Default judgment is entered in favor of plaintiff and against defendant Dave Knecht Homes, LLC. Enter Order. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.