IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVE KNECHT HOMES, LLC and<br>BANKERS STANDARD INSURANCE<br>COMPANY a/s/o VANN A. AVEDISIAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:20-cv-03177<br>)<br>)  The Honorable Sharon Johnson Coleman<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT DAVE KNECHT HOMES, LLC

Before the Court is Plaintiff Nautilus Insurance Company's ("Nautilus) Motion for Default Judgment against Defendant Dave Knecht Homes, LLC ("DKH"). (Doc. 15.)

On May 29, 2020, Nautilus initiated this action by filing a Complaint for Declaratory Judgment ("Complaint"). (Doc. 1.) The Complaint seeks a declaration that Nautilus owed and owes no duty to defend and/or indemnify DKH in connection with an underlying lawsuit entitled *Bankers Standard Insurance Company a/s/o Vann A. Avedisian v. Highlander Construction, Inc., Bryan D. Ogdon Ltd., Arc Insulation, Inc., Northridge Builders, Inc., and Dave Knecht Homes, LLC,* which was filed in the Circuit Court of Cook County, Illinois, under Case Number 2018 L 10952 ("*Avedisian* Lawsuit"). (Doc. 1.) The *Avedisian* Lawsuit was subsequently dismissed on September 15, 2020 pursuant to a settlement reached therein.

After DKH was properly served in this action and failed to appear, answer, or otherwise plead, this Court entered an Order of Default against DKH on September 2, 2020. (Doc. 12.) Now, pursuant to Federal Rule of Civil Procedure 55(b)(2), Nautilus moves for entry of default judgment against DKH, including a specific declaration that Nautilus has and had no duty under

to defend DKH in the *Avedisian* Lawsuit, or to indemnify DKH for any judgment or settlement entered therein. Nautilus seeks no monetary relief and seeks only a declaratory judgment.

IT IS HEREBY ORDERED that Plaintiff Nautilus Insurance Company's Motion for Default Judgment against Defendant Dave Knecht Homes, LLC (Doc. 15) is GRANTED. Nautilus has and had no duty to defend Dave Knecht Homes, LLC in the *Avedisian* Lawsuit, or to indemnify Dave Knecht Homes, LLC for any judgment or settlement entered therein.

DATED: 9/28/2020

The Honorable Sharon Johnson Coleman
United States District Judge